Lionel J. Havens, Appellant, v. Hudson Transportation Company, Inc., and John Knowlton, Respondents, and Another.— Order setting aside verdict reversed, on the law and facts, with costs, and verdict reinstated, on the ground that the questions of fact were determinable by the jury, and the court's attention is not called to any facts which require that the verdict should be set aside in the interests of justice. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents and votes to affirm.

F. A. Ringler Company, Appellant, v. Otto Kruger and Sue Kruger, His Wife, Respondents, and Others.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [144 Misc. 793.]

Mary F. McGreevy, Respondent, v. Harold I. Wetsel, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

George Polley, Respondent, v. William R. Daniels, as Executor, etc., of Hollen W. Rich, Deceased, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Benjamin McClung, Respondent, v. First Citizens Bank and Trust Company of Utica, N. Y., Appellant, and Others.*— Order affirmed, with ten dollars costs and disbursements. Rhodes, Bliss and Heffernan, JJ., concur; Hill, P. J., dissents and votes to reverse the order and to grant the motion to dismiss the complaint.

William Zweck, an Infant under the Age of Fourteen Years, by Gertrude Zweck, Guardian ad Litem, Respondent, v. William H. Ward, Appellant. Jacob Zweck, Respondent, v. William H. Ward, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Alfred Pollozzi, Respondent, v. Michael J. McArdle and John C. Casazza, Appellants, Impleaded with Another.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

Arthur T. Hillman & Sons, Inc., Respondent, v. Adelbert L. Backus, Appellant.— Judgment and order reversed, on the law and facts, with costs, and judgment of the City Court reinstated, on the ground that the evidence supports the judgment of the City Court. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Judicial Settlement of the Estate, and in Connection Therewith an Application for a Determination as to the Validity, Construction or Effect of the Disposition Contained in the Last Will and Testament of Francis C. Collison, Deceased. First Presbyterian White Church Society of Brunswick and Another, Appellants.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

John E. White, as Administrator De Bonis Non, etc., of James F. White, Deceased, Appellant, v. John T. J. Backman, Individually and as Executor, etc., of Anna White Backman, Deceased, and the National Savings Bank of the City of Albany, Respondents.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

* Aff'd., 263 N. Y. 660.